Petition for Writ of Mandamus Dismissed and Opinion filed May 11, 2006









Petition for Writ of Mandamus Dismissed and Opinion
filed May 11, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00374-CV

____________

 

IN RE BAVARIAN PHENIQUE ADAMS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M  O P I N I O N

On April 26, 2006, relator filed a
petition for writ of mandamus in this Court. 
See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex.
R. App. P. 52.1.  In the petition,
relator asks this Court to compel the Constable of
Precinct One in Fort Bend County to execute a judgment on his behalf. 

We lack jurisdiction to address relator=s claim for mandamus relief.  See Tex.
Gov=t
Code Ann. '
22.221 (a), (b) (Vernon 2004).  Accordingly, relator=s petition for writ of mandamus is
ordered dismissed.

PER CURIAM

 

Petition
Dismissed and Opinion filed May 11, 2006.

Panel consists of
Justices Hudson, Fowler, and Seymore.